IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>vs.<br><br>JULIA R. THIEMANN,<br><br>     Defendants. | 4:14CR3051<br><br>**ORDER** |

  Defendant has moved to continue the status conference, (filing no. 39), because the parties are currently engaged in plea discussions. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

  1) Defendant's motion to continue, (filing no. 39), is granted.

  2) The status conference previously set for July 29, 2014 is continued, and will be held before the undersigned magistrate judge in Courtroom 2, United States Courthouse, Lincoln, Nebraska on September 2, 2014 at 10:00 a.m. The defendant, his counsel, and counsel for the government shall attend the hearing.

  3) Based upon the representations of counsel, the Court further finds that the ends of justice will be served by continuing the status conference and further delaying the scheduling of trial; and those purposes outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and September 2, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

July 28, 2014.          BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge