IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>JULIA R. THIEMANN,<br><br>                    Defendant. | **4:14CR3051**<br><br>**ORDER** |

The Government has moved to continue the status conference, (filing no. 43), because Mr. Burdick will be out of the country on the date of September 2, 2014. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Government's motion to continue, (filing no. 43), is granted.

2) The status conference previously set for September 2, 2014, is continued, and will be held before the undersigned magistrate judge in Courtroom 2, United States Courthouse, Lincoln, Nebraska, on September 15, 2014, at 2:30 p.m. The defendant, her counsel, and counsel for the government shall attend the hearing.

3) Based upon the representations of counsel, the Court further finds that the ends of justice will be served by continuing the status conference and further delaying the scheduling of trial; and those purposes outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and September 15, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

August 6, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge