IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiffs,<br><br>    vs.<br><br>JULIA R. THIEMANN,<br><br>             Defendants. | 4:14CR3051<br><br>MEMORANDUM AND ORDER |

Defendant has moved to continue defendant's change of plea hearing. (Filing No. 60). As explained by counsel, the parties need additional time to engage in plea discussions. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)  Defendant's motion to continue, (filing no. 60), is granted.

2)  A status conference will be held before the undersigned magistrate judge on December 2, 2014 at 10:30 a.m. The defendant is ordered to appear at this hearing. Thirty minutes have been set aside for the hearing.

3)  For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the status conference shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

October 29, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge